FILED US District Court-UT
JUN 03 '26 PM01:27

MELISSA HOLYOAK, United States Attorney (#9832)
TODD BOUTON, Assistant United States Attorney (#17800)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: todd.bouton@usdoj.gov

# SEALED

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER JOMA, and<br>LAUREN MORROW,<br><br>Defendants. | INDICTMENT<br><br>VIOLATIONS:<br><br>COUNT 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I), Conspiracy to Transport and Harbor Illegal Aliens (Joma & Morrow)<br><br>COUNT 2: 8 U.S.C. § 1324(a)(1)(A)(iii), Harboring Illegal Aliens (Joma & Morrow)<br><br>COUNT 3: 8 U.S.C. § 1324(a)(1)(A)(ii), Transporting Illegal Aliens (Joma)<br><br>COUNT 4: 18 U.S.C. § 1505, Obstruction of Proceedings Before Departments and Agencies (Joma & Morrow)<br><br>COUNT 5: 18 U.S.C. § 1071, Concealing Person From Arrest, (Joma & Morrow) ~~KDS.W~~<br><br>Case: 1:26-cr-00031<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 6/2/2026 |

The Grand Jury Charges:

## COUNT 1
## 8 U.S.C. § 1324(a)(1)(A)(v)(I)
### (Conspiracy to Transport and Harbor Illegal Aliens)

On or about April 9, 2026, in Cache County, in the District of Utah,

JENNIFER JOMA, and
LAUREN MORROW,

defendants herein, unlawfully, knowingly, and intentionally combined, conspired, confederated, agreed, and acted interdependently with each other, and with other persons whose names are known and unknown to the Grand Jury, to commit an offense defined in 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (iii), specifically transporting and harboring illegal aliens; all in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I).

## COUNT 2
## 8 U.S.C. § 1324(a)(1)(A)(iii)
### (Harboring Illegal Aliens)

On or about April 9, 2026, in Cache County, in the District of Utah,

JENNIFER JOMA, and
LAUREN MORROW,

defendants herein, knowingly and in reckless disregard of the fact that J.M., J.G., and M.M., all of whom are aliens, had come to, entered and remained in the United States in violation of law, concealed, harbored, and shielded from detection, and attempted to conceal, harbor and shield from detection said aliens in any place within the United States including any building and any means of transportation, all in violation of 8 U.S.C. § 1324(a)(1)(A)(iii).

2

## COUNT 3
## 8 U.S.C. § 1324(a)(1)(A)(ii)
### (Transporting Illegal Aliens)

On or about April 9, 2026, in Cache County, in the District of Utah,

JENNIFER JOMA,

defendant herein, knowing and in reckless disregard of the fact that certain aliens, J.G. and M.M., had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law, all in violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

## COUNT 4
## 18 U.S.C. § 1505
### (Obstruction of Proceedings Before Departments and Agencies)

On or about April 9, 2026, in Cache County, in the District of Utah,

JENNIFER JOMA, and
LAUREN MORROW,

defendants herein, did corruptly obstruct and impede, and endeavored to influence, obstruct, and impede the due and proper administration of the law under which a pending proceeding was being had before a department and agency of the United States, namely the administrative arrest of J.G.. for the purposes of removal proceedings conducted by the United States Department of Homeland Security, by committing affirmative acts to assist J.G. to evade arrest, including:

3

a. searching the State of Utah UCJIS/BCI database for personal identifiers of individuals on the court docket to determine their alienage;

b. using their personal cell phones and official court telephones, to coordinate and facilitate moving the individuals through the courthouse to evade detection;

c. intercepting the individuals they believed were U.S. Immigration and Customs Enforcement ("ICE") targets, after they left the courtroom, to prevent them from being arrested by ICE officer(s) who were waiting in the parking lot;

d. attempting to prevent the courtroom bailiff (state law enforcement) from investigating why J.G. was being led/moved through a secure, non-public, area of the courthouse;

e. directing J.G. to exit the courthouse through a non-public back door so that ICE officer(s) who were waiting in the parking lot would not see J.G. leave the courthouse; and

f. using JOMA's own personal vehicle to drive J.G. away from the courthouse after meeting up with him/her out of ICE's sight to prevent J.G.'s arrest by ICE;

all in violation of 18 U.S.C. § 1505.

**COUNT 5**
~~18 U.S.C. § 1071~~
~~(Concealing Person from Arrest)~~

~~On or about April 9, 2026, in Cache~~ County, in the District of Utah,

~~JENNIFER JOMA, and~~
~~LAUREN MORROW,~~

4

defendants herein, harbored and concealed J.G., a person for whose arrest a warrant and process had been issued under the provisions of a law of the United States, so as to prevent the discovery and arrest of J.G., after notice and knowledge of the fact that a warrant and process had been issued for the apprehension of J.G., all in violation of 18 U.S.C. § 1071.

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

MELISSA HOLYOAK
United States Attorney


_____
TODD BOUTON
Assistant United States Attorney

5