Adam L. Crayk, 9443
STOWELL CRAYK, PLLC
5242 South 700 East
Millcreek, UT 84107
Telephone: (801) 944-3459
Facsimile: (801) 483-0705
Email: discovery@lawscb.com
Email: adam@lawscb.com
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAUREN MORROW,<br><br>Defendant. | **STIPULATED MOTION TO CONTINUE JURY TRIAL**<br><br>CASE No. 1:26-CR-00031-HCN-2<br><br>Judge Howard C. Nielson, Jr. |

LAUREN MORROW, through undersigned counsel, respectfully moves to continue her jury trial for 90 days and exclude time under the Speedy Trial Act. Counsel for the United States stipulates to the motion, which is made in accordance with 18 U.S.C. § 3161.

## FACTUAL BACKGROUND

1. An Indictment was issued on June 3, 2026.
2. On June 11, 2026, Ms. Morrow appeared for an initial appearance/arraignment on Counts One (1) Conspiracy to Transport and Harbor Illegal Aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I), Two (2) Harboring Illegal Aliens, in violation of 8 U.S.C. § 1324(a)(1(A)(iii), and Count Four (4) Obstruction of Proceedings Before Departments and Agencies, in violation of 18 U.S.C. §1505, of the Four (4) Count Indictment.

3. The Court arraigned Ms. Morrow and set a Trial on August 18, 2026, which was within the time allowed under the Speedy Trial Act.
4. This is the First Motion to Continue.

## ARGUMENT

5. Ms. Morrow moves to continue under 18 U.S.C. § 3161(h)(7). This is the first request to continue trial. The time requested is reasonable and excludable under the Speedy Trial Act. Ms. Morrow is not in custody at this time.
6. In this case, Counsel for Ms. Morrow received discovery on June 16, 2026 (See Docket No. 30). Ms. Morrow and counsel would like more time to go through discovery and to consider any offers that may be made available by the prosecution.
7. Ms. Morrow is entitled to effective assistance of counsel in all of these respects, including during plea negotiations, see Missouri v. Frye, 566 U.S. 134 (2012). Even taking into account the exercise of due diligence, under the circumstances, failure to grant a continuance would result in a miscarriage of justice and would deny Ms. Morrow the reasonable time necessary for effective preparation of her defense.
8. Mr. Todd C. Bouton, Counsel for the United States, was contacted and stipulated to the proposed continuance by email on July 8, 2026.

## CONCLUSION

For these reasons, Ms. Morrow moves to continue trial for 90 days. The ends of justice served by granting the continuance outweigh the interests of the public and the defendant in a trial as currently set; therefore, the time requested is excludable under 18 U.S.C. § 3161(h)(7).

DATED this 10th day of July, 2026.

/s/ Adam L Crayk
STOWELL CRAYK, PLLC
Adam L. Crayk
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of July, 2026, I electronically filed the foregoing **STIPULATED MOTION TO CONTINUE** with the clerk of the Court and opposing counsel using the ECF System.

**Todd Christopher Bouton**
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111-2176
801-524-5682
Fax: 801-524-3399
Email: todd.bouton@usdoj.gov

*/s/ Myrleen Wright*