Adam L. Crayk, 9443
STOWELL CRAYK, PLLC
4252 South 700 East
Millcreek, Utah 84107
Telephone: (801) 944-3459
Facsimile: (801) 483-0705
Email: discovery@lawscb.com
Email: adam@lawscb.com
*Attorney for Defendant*

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAUREN MORROW,<br><br>Defendant. | **NOTICE OF NON-OPPOSITION TO MOTION TO CONTINUE JURY TRIAL**<br><br>Case No. 1:26-cr-00031<br><br>Judge Howard C. Nielson, Jr. |

Defendant, Lauren Morrow, by and through the undersigned counsel, submits this Notice of Non-Opposition to the Motion to Continue filed by Ms. Jennifer Joma, (ECF No. 52).

DATED this 10th day of November, 2026.

*/s/ Adam L. Crayk*
STOWELL CRAYK, PLLC
ADAM L. CRAYK
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2026, I electronically filed the foregoing **Notice of Non-Opposition to Motion to Continue Jury Trial** with the clerk of the Court and opposing counsel using the ECF System.

**Todd Christopher Bouton**
**US ATTORNEY'S OFFICE**
**111 S MAIN ST STE 1800**
**SALT LAKE CITY, UT 84111-2176**
**801-524-5682**
**Fax: 801-524-3399**
**Email: todd.bouton@usdoj.gov**

*/s/ Myrleen Wright*